James R. Patterson, State Bar No. 211102
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29TH Floor
San Diego, CA 92101
Tel: (619) 756-6990
Fax: (619) 756-6991

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PETERSEN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV-11-1938-CW<br><br>HONORABLE CLAUDIA WILKEN<br><br>**CLASS ACTION**<br><br>**STIPULATION TO TRANSFER CASE**<br><br>*Complaint Filed: March 11, 2011* |

In addition to this case, there are three other substantially similar cases currently pending against Home Depot. Two of these cases, including the first filed case are pending in the Eastern District of California. See *Vaughan v. Home Depot U.S.A. Inc.*, Case No. 2:11-cv-01041-FCD-GGH (E.D. Cal.); and *Swaney v. Home Depot U.S.A. Inc.*, Case No. 2:11-cv-01129-JAM-DAD (E.D. Cal.).

Given that the majority of the federal cases, including the first filed case, are pending in the Eastern District, plaintiff Petersen and defendant Home Depot have stipulated and agreed that this case should be transferred to the Eastern District and coordinated with the *Vaughan* case.

A more thorough analysis and explanation of why this case should be transferred is set forth in Home Depot's Motion to Dismiss, Transfer, or Stay Plaintiff's case, which is currently scheduled to be heard on June 30, 2011. In light of the parties' stipulation to transfer the case, it

1  is further requested that Home Depot's Motion be taken off calendar until after the Court rules
2  on this Stipulation and Proposed Order.
3      Accordingly, it is stipulated between the parties and their counsel of record that:
4      1.   This case should be transferred to the United States District Court for the Eastern
5  District of California; and
6      2.   Home Depot's Motion to Dismiss, Transfer, or Stay Plaintiff's Case should be
7  taken off calendar in light of the stipulated transfer.

9  APPROVED AND AGREED TO:

11  Date: June 9, 2011            HARRISON PATTERSON & O'CONNOR LLP

13                    By:   /s/ James R. Patterson
                              James R. Patterson
                              *Attorneys for Plaintiff*

15  Date: June 9, 2011            KING & SPALDING

17                    By:   /s/ Megan R. Nishikawa
                              Megan R. Nishikawa
                              Attorneys for Defendant
                              Home Depot U.S.A., Inc.



IT IS SO ORDERED
Judge Claudia Wilken

HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway
29th Floor
San Diego, CA 92101