UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PETERSEN, an individual, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>                      Defendants. | Case No.: 2:11-cv-01628-GEB -GGH<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL** |

On July 18, 2011, Plaintiff's lead counsel James R. Patterson, filed a Notice of Substitution of Counsel pursuant to Civil Local Rule 83.3 (g)(2). Having reviewed the notice, the Court hereby APPROVES of the substitution. Patterson Law Group, APC is substituted in as counsel for Plaintiff, in place and stead of Harrison Patterson & O'Connor, LLP.

**IT IS SO ORDERED.**

                                                GARLAND E. BURRELL, JR.
                                                United States District Judge