IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS VAUGHAN, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:11-cv-1041-GEB-CKD<br><br><u>ORDER RELATING CASES AND CONSOLIDATING ACTIONS; RESCHEDULING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |
| CHARLEEN SWANEY, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:11-cv-01129-JAM-CKD |
| MARTIN PETERSEN, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:11-cv-01628-GEB-GGH |

1  On September 19, 2011, the parties filed a stipulation in
2 which they seek an order consolidating the above actions. The actions
3 are related, and the action now assigned to another district judge was
4 previously found related in an order filed May 3, 2011. Further, the
5 last filed action should be assigned the same magistrate judge assigned
6 in the earlier filed actions. Under the regular practice of this Court,
7 related cases are generally assigned to the judge and magistrate judge
8 to whom the first filed action was assigned. Therefore, action 2:11-cv-
9 01129-JAM-CKD is reassigned to the undersigned judge, and 2:11-cv-01628
10 is reassigned to the magistrate judge assigned the earlier filed
11 actions. The Clerk of the Court shall make appropriate adjustment in the
12 assignment of civil cases to compensate for these reassignments.

13  The request to have the actions consolidated is granted.
14 Therefore, actions 2:11-cv-01129-GEB-CKD and 2:11-cv-01628-GEB-CKD shall
15 be administratively CLOSED, and Case 2:11-cv-1041-GEB-CKD is hereby
16 designated the "MASTER FILE." **Henceforth, the caption on all documents**
17 **filed in the action shall read as follows**:

```
CHRIS VAUGHAN, CHARLEEN SWANEY,     )
and MARTIN PETERSEN,                )     2:11-cv-1041-GEB-CKD
individually and on behalf of       )
other members of the general        )
public similarly situated,          )
                                    )
               Plaintiffs,          )
                                    )
     v.                             )
                                    )
HOME DEPOT U.S.A., INC., a          )
Delaware Corporation; and DOES 1    )
through 50, inclusive,              )
                                    )
               Defendant.           )
_____)
```

1  Any date currently set in 2:11-cv-01129-GEB-CKD and 2:11-cv-01628-GEB-CKD is VACATED. Further, a status (pretrial scheduling) conference is scheduled in the consolidated action on November 14, 2011, commencing at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated:  October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge